FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 28 2005

at 4 o'clock and 40 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY REGAN,<br><br>      Plaintiff,<br><br>  vs.<br><br>CLAYTON FRANK, et al.,<br><br>      Defendants. | Civ. No. 04-00731 SOM-LEK<br><br>ORDER VACATING JUDGMENT<br>ENTERED OCTOBER 24, 2005 |

### ORDER VACATING JUDGMENT ENTERED OCTOBER 24, 2005

The court has received a letter from *pro se* Plaintiff Anthony Regan seeking clarification of one sentence in the October 20, 2005, Order dismissing Regan's third amended complaint and action. See Order Dismissing Third Amended Complaint and Dismissing Defendant Clayton Frank, entered October 20, 2005 ("October 20 Order"). Judgment was entered on October 24, 2005.

For the purpose of making a correction on pages 10 and 11 of the October 20 Order, and thereby clarifying the decision, the court hereby VACATES the October 24, 2005, judgment. The court will enter a separate order amending the October 20 Order. This correction differs only with respect to the final sentence on page 10 and a few nonsubstantive matters of citation form; it

does not change the substance of the October 20 Order, nor cause the court to find any ground to reconsider that Order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 28, 2005.

/s/ Susan Oki Mollway
UNITED STATES DISTRICT JUDGE
Susan Oki Mollway

REGAN v. OCCC, 04-731 SOM/LEK; ORDER VACATING JUDGMENT ENTERED OCTOBER 24, 2005; dmp\orders 05\ Regan 04-731 VAC JDGMT