In The United States District Court

For The District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 05 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

Anthony L. Regan,

    Petitioner,

vs.

STATE OF HAWAII, et al.,

    Respondents.

Notice of Change of address Effective on May 5, 2008; Declaration

CV 08-00166 SOM-BMK
CV 04-00626 ACK-LEK
CV 04-00731 SOM-LEK
CV 05-00068 HG-LEK
CV 06-00066 BMS-LEK
CV 06-00121 DAE-LEK
CV 07-00029 BMS-BMK
CV 07-00181 DAE-KSC

## Notice of Change of address Effective on May 5, 2008

As of May 5, 2008, the Hawaii Department of Public Safety alleges that the Petitioner will be released from incarcerated status (custody); accordingly, the petitioner requests that legal documents from the court be sent to the following address after May 5, 2008:

→

Anthony L. Regan
330 Addstine
New Braunfels,
   TX.
      78130

But because it currently takes about 5-8 days for petitioner to receive court docs. from the date they were sent, it may be more practical for the court to start sending court docs. to the new above said address on May 1, 2008.

Declaration

I declare under the penalty of perjury that I've given notice to the Attorney General at 425 Queen st of my release date and informed them of my new address on the 5th the same day that I've sent this to the court.

A L Regan
Anthony L. Regan
4.27.08