Anthony L. Regan
#A1026256
H.C.F.
99.902 Moanalua rd.
Aiea, HI. 96701

U.S. District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI. 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 05 2008
DISTRICT OF HAWAII

THIS CORRESPONDANCE IS FROM AN INMATE AT A CORRECTIONAL FACILITY

